UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23906-CIV-ALTONAGA/O'Sullivan

**LOURDES TORRES**,

    Plaintiff,
v.

**LA PROVENCE FRENCH
BAKERY - WHOLESALE, LLC**, *et al.*,

    Defendants.
_____/

### ORDER APPROVING SETTLEMENT
### AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** came before the Court upon the parties' Joint Second Motion for Approval of Settlement . . . ("Motion") [ECF No. 31], filed January 31, 2017. The Motion seeks approval of a proposed Release and Settlement Agreement [ECF Nos. 31-5, 31-6]. (*See generally* Mot.). Upon review of the record and the parties' documented basis for a settlement of the FLSA case, including an award of attorney's fees to Plaintiff's counsel, the Court finds settlement of this action is fair and reasonable and the requested fee is fair and reasonable and not grossly excessive.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion **[ECF No. 31]** is **GRANTED**.

2. The Release and Settlement Agreement [**ECF Nos. 31-5, 31-6**] between Plaintiff, Lourdes Torres and Defendants, La Provence French Bakery-Wholesale, LLC and Patrick Gilarski, which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

CASE NO. 16-23906-CIV-ALTONAGA/O'Sullivan

3. This case is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees except as otherwise agreed.

4. All pending motions are **DENIED as moot**.

5. The Court retains jurisdiction to enforce the terms of the Release and Settlement Agreement.

**DONE AND ORDERED** in Miami, Florida this 31st day of January, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record